BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director
BRIAN C. WARD
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9121
Email: Brian.C.Ward@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALINA MARIS, | ) |
| | ) No. 3:15-cv-04423-JCS |
| Plaintiff, | ) |
| vs. | ) |
| | ) **JOINT STIPULATION TO EXTEND** |
| LEON RODRIGUEZ, Director, United States Citizenship and Immigration Services ("USCIS"); DONALD NEUFELD, Associate Director, Service Center Operations of USCIS; USCIS; JEH JOHNSON, Secretary of Homeland Securty; and ALEJANDRO MAYORKAS, Deputy Secretary of Homeland Security, | ) **DEFENDANTS' DEADLINE TO** ) **RESPOND TO THE COMPLAINT** |
| Defendants. | ) |

The parties to this action hereby stipulate that the time for Defendants to answer, move, or otherwise respond to the complaint shall be extended 60 days, from December 7, 2015, to February 5, 2016.

The parties have stipulated to this extension of time to enable the parties to focus their efforts on possibly resolving this case in lieu of further litigation.

Dated: November 30, 2015        REEVES MILLER ZHANG AND DIZA

                                              By:    */s/ Nancy E. Miller*
                                              NANCY E. MILLER
                                              2 North Lake Avenue, Suite 950
                                              Pasadena, CA 91101
                                              Telephone: (626) 795-6777
                                              Facsimile:  (626) 795-6999
                                              Email:  nmiller@rreeves.com

*Attorneys For Plaintiff*

Dated: November 30, 2015        DISTRICT COURT SECTION
                                                   OFFICE OF IMMIGRATION LITIGATION
                                                   CIVIL DIVISION
                                                   U.S. DEPARTMENT OF JUSTICE

                                                   BENJAMIN C. MIZER
                                                   Principal Deputy Assistant Attorney General

                                                   WILLIAM C. PEACHEY
                                                   Director

                                                   ELIZABETH J. STEVENS
                                                   Assistant Director

Dated: 12/2/15                             By:    */s/ Brian C. Ward*
                                              BRIAN C. WARD
                                              Trial Attorney
                                              P.O Box 868, Ben Franklin Station
                                              Washington,  D.C. 20044
                                              Telephone: (202) 616-9121
                                              Facsimile:  (202) 305-7000
                                              Email:  brian.c.ward@usdoj.gov

*Attorneys For Defendants*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of November 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which provided electronic notice to all attorneys of record.

Dated: November 30, 2015                    By:    */s/ Brian C. Ward*
                                                   BRIAN C. WARD